William C. Bollard, Bar No. 105489
 william@jbblaw.com
Catherine A. Close, Bar No. 198549
 cac@jbblaw.com
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone:  (949) 477-2100
Facsimile:  (949) 477-6355

Leo R. Beus (*pro hac vice pending*)
 lbeus@beusgilbert.com
L. Richard Williams (*pro hac vice pending*)
 rwilliams@beusgilbert.com
K. Reed Willis (*pro hac vice pending*)
 rwillis@beusgilbert.com
Megan E. Beus (Bar No. 320017)
 mbeus@beusgilbert.com
BEUS GILBERT PLLC
701 North 44th Street
Phoenix, Arizona 85008-6504
Telephone:  (480) 429-3000

Attorneys for TRUINJECT CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TRUINJECT CORP., a Delaware Corporation,<br><br>        Plaintiff,<br>    vs.<br><br>NESTLÉ SKIN HEALTH, S.A., a Swiss Company; GALDERMA, S.A., a Swiss Company; GALDERMA LABORATORIES, L.P., a Texas Limited Partnership; JOHN ROGERS, an individual; STUART RAETZMAN, an individual; SCOTT MCCREA, an individual; ALISA LASK, an individual; TIPHANY LOPEZ, an individual,<br>        Defendants. | Case No. 8:18-cv-01851-JLS-JDE<br><br>ASSIGNED TO: District Judge Josephine L. Staton & Magistrate Judge John D. Early<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Trial Date:    None Set |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff TRUINJECT CORP. ("Truinject") states as follows: Truinject is a Delaware corporation and is not a subsidiary of any corporation and no publically held corporation holds 10% or more of Truinject.

DATED: October 18, 2018     JULANDER, BROWN & BOLLARD

By: _____
William C. Bollard
Attorneys for TRUINJECT CORP.