IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRUINJECT CORP., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| v. | ) | |
| | ) | |
| GALDERMA, S.A., GALDERMA | ) | C.A. 1:19-cv-00592-GBW |
| LABORATORIES, L.P., and | ) | |
| NESTLÉ SKIN HEALTH, INC., | ) | **PUBLIC VERSION** |
| | ) | |
| *Defendants*. | ) | |

**CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 4 ON TRADE DRESS**

OF COUNSEL:

MUNCK WILSON MANDALA, LLP

Michael C. Wilson
Jenny L. Martinez
William A. Munck
Sarah J. Lopano
Chase A. Cobern
Charles T. Zerner
Tri T. Truong
12770 Coit Road, Suite 600
Dallas, Texas 75251
(972) 628-3600

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendants*

**Confidential Version Filed: March 8, 2023**
**Public Version Filed: March 16, 2023**

**TABLE OF CONTENTS**

TABLE OF CONTENTS ................................................................................................................. i

GLOSSARY .................................................................................................................................... ii

CITATIONS KEY ........................................................................................................................... ii

UNDISPUTED MATERIAL FACTS............................................................................................. 1

I. Truinject developed Kate and promoted it within the aesthetics industry. ............................ 1

II. Truinject has not ███████████ ............................................................................... 4

III. The Chamberlain Group develops Holly for SHIELD. ......................................................... 4

IV. Truinject's expert, Peter Bressler, opines there is actual confusion in the marketplace. ......... 5

# GLOSSARY

| | |
|---|---|
| Allergan | Pharmaceutical company that manufactures and markets aesthetic injectables, including BOTOX® |
| Clark Foster | Truinject consultant, 2013-2016, and 30(b)(6) witness; co-inventor of U.S. Patent Nos. 10,290,232 and 9,792,836 |
| David Crean | Allergan Sr. Director of Business Development, 2003-2010 |
| Defendants or Galderma | Defendants Galderma, S.A., Galderma Laboratories, L.P., and Nestlé Skin Health, Inc. (n/k/a SHDS, Inc.) |
| ENA | Exclusive Negotiation Agreement, effective November 5, 2014 |
| Gabrielle Rios | Truinject Founder and CEO, 2013-present, and 30(b)(6) witness |
| Holly | Defendants' accused product |
| Dr. John Rogers | Galderma's global Head of Medical Affairs based in Paris, France; responsible for Galderma's global training initiatives |
| Kate | Truinject's injection training device |
| Lynn Salo | Allergan VP of Facial Aesthetics Division, 2013-Oct. 2014; Truinject consultant and investor |
| Philippe Schaison | Allergan President of U.S. Aesthetics Division, 2013-2016 |
| Plaintiff or Truinject | Plaintiff Truinject Corp. |
| Saritasa | Software company Truinject hired to develop Kate's software in 2014, fired in 2016, and sued for breach and fraud in 2017 |
| Scott Royston | Truinject Chief Technology Officer, 2017-2018 |
| SHIELD (or SHIELD Center) | Education center and innovation hub focused on skin health |
| The Chamberlain Group | Vendor hired by Defendants to develop Holly |

# CITATIONS KEY

References to the Appendix in Support of Defendants' Motions for Partial Summary Judgment and *Daubert* Motions shall be in the form of "A[pg#]."

# Note

All quoted emphasis is added unless otherwise indicated.

# UNDISPUTED MATERIAL FACTS

**I.   Truinject developed Kate and promoted it within the aesthetics industry.**

1. Gabrielle Rios ("Rios") founded Truinject Corp. ("Truinject") in 2012. A795(35:12-14).

2. Truinject developed a prototype training device for aesthetic injections called "Kate." A3564. Truinject designed Kate to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ A941-92(336:12-337:25, 338:4-340:5).

3. Truinject had between two and three employees from 2014 to 2018. A3534; A3565; A3593; A3425.

4. Truinject identifies Kate's trade dress as:

| No. | Element |
|---|---|
| 1 | Surgical cap |
| 2 | Beauty mark on right side of face |
| 3 | Wrinkles by the eyes |
| 4 | Coloration of anatomical features on the screen |
| 5 | Overall shape of Kate |
| 6 | Coloration of skin |
| 7 | Coloration of lips |
| 8 | Combination of the head, syringe, and tablet |



A2210-11(¶¶33); A2217-18(¶49) (image of Kate).

5. Truinject asserts that Kate has utilized these features since December 2014 (despite marketing materials from 2016 still picturing the version of Kate without the surgical cap). A3225-26; A3584; A3587; A3589; A2212(¶36); A2231-32(¶¶92-93).

6. Kate's likeness is based on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. A3384.

7. Truinject has promoted its technology in three ways: (1) attending a handful of industry conferences and conventions; (2) online; and (3) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. A3219; A3225.

**A. Kate appeared at a mere three conferences.**

8. Truinject first introduced Kate at a March 4, 2016 demonstration during the American Academy of Dermatology's annual meeting. A3217; A3249.

9. Truinject demonstrated or presented Kate at two other conventions in 2017. A3256 (AAD meeting and ASDS virtual demonstration)

10. There is no evidence that Truinject publicly displayed Kate at other conferences.

**B. Truinject has promoted its technology online but did not emphasize Kate's trade dress.**

11. Truinject spent ▬▬▬ advertising Kate online. A3225.

12. Truinject engaged ▬▬▬ to provide ▬▬▬. A2557-64. Truinject spent ▬▬▬ on marketing and public relations expenses for Kate. A3216.

13. Through ▬▬▬, Truinject was featured in seven online articles in 2014. A2567-68; A2234-35(¶¶101-02).

14. As of February 2018, Truinject had around twenty posts on each of Instagram and Facebook with very few posts depicting Kate. A3026-59; A3225; A3549-53.

15. There is no evidence of any online advertising, article, or social media post specifically directed to Truinject's trade dress as an indication of source. *See, e.g.*, A3026-59; A3541-47; A3549-53.

**C. Truinject demonstrated Kate to a small group of healthcare providers and others within the aesthetic injectables industry.**

16. Truinject has ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[1] A3231-60; A3427.

17. Dr. Heidi Waldorf ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. A3213-14; A3224; A3226; A2220-21(¶¶58-59); A3000(¶¶10-11).

18. Dr. Waldorf claims ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ A3001(¶14); A2220-21(¶¶58-59). Waldorf claims Kate's surgical cap ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ A3001(¶14).

19. Truinject ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. A3211-12; A3231-60.

20. Per Lango, a Galderma employee, attended ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Lango then sent an *internal* email to his Galderma colleagues about Kate, A2220(¶¶56-57), in which he described Kate's functionality: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. A2220(¶57). Lango's description is a "copy and paste" from Truinject's website. A1038(40:3-7); A1039(43:4-25, 44:3-8, 44:10-16).

21. Truinject has spent over ▮▮▮▮▮▮ to demonstrate Kate. A3224-25.

---

[1] Truinject identified all events, meetings, presentations, demonstrations, or other communications where Truinject disclosed information about Kate. A3231-60. Many of those identified were actual or potential investors, vendors, or consultants/advisors/employees of Truinject.

3

**II. Truinject has** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

22. It has been almost ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. A3257.

23. Truinject has never ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. A015; A3210-11; A3213; A3215.

24. There are ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. A3215.

25. Truinject has never ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. A804(72:8-11, 72:13-14, 72:17-18, 73:13-20); A805(74:12-15); A3213.

**III. The Chamberlain Group develops Holly for SHIELD.**

26. Defendant Nestlé Skin Health Inc. (now SHDS, Inc.) hired ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ to develop ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (pictured below). A2427.



A2516.

27. Holly's likeness is based on ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. A1382-83(193:17-194:5, 195:8-20); A2462. The model was ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. A1337(11:12-19); A1361(106:4-7); A1383(195:8-20); A2462.

28. Galderma began using Holly in 2018. A2233(¶98). In spring 2019, Galderma ▮. A1109(179:3-13); A1060(12:20-13:13).

**IV. Truinject's expert, Peter Bressler, opines there is actual confusion in the marketplace.**

29. Truinject retained Peter Bressler ("Bressler") to opine (in part) on secondary meaning. A2200(¶1).

30. Bressler cites six anecdotes as evidence of actual confusion:

- Lisa Otis ▮ A2330; A2221-23(¶¶62-66).

- Elizabeth Bentley ▮ A1046(18:13-25, 19:8-20:2); A1048(142:14-17); A1049(150:6-20, 151:19-21); A1050(161:4-10); A1051-52(163:3-23, 164:3-166:1); A2223-25(¶¶67-73).

- Dr. Waldorf ▮ A3005-06(¶¶25-28); A2225-26(¶¶75-78).

- Marco Valle ▮ A3020(¶15); A2228-30(¶¶82-86).

- Stuart Raetzman, ▮ A2226-28(¶¶79-80).

5

- Zain Bhojani ███████████████████████████████████████
███████████████████████████████ A2230-31(¶ 89). Mr. Bhojani has not been deposed.

31. Of these individuals, only Dr. Waldorf is a ████████████████████████. *See* A2239(¶¶112-114) (████████████████████████); A3215.

| | |
|---|---|
| OF COUNSEL:<br><br>MUNCK WILSON MANDALA, LLP<br><br>Michael C. Wilson<br>Jenny L. Martinez<br>William A. Munck<br>Sarah J. Lopano<br>Chase A. Cobern<br>Charles T. Zerner<br>Tri T. Truong<br>12770 Coit Road, Suite 600<br>Dallas, Texas 75251<br>(972) 628-3600<br><br>Dated: March 8, 2023 | MORRIS, NICHOLS, ARSHT & TUNNELL, LLP<br><br>*/s/ Jeremy A. Tigan*<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that, on March 8, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused the foregoing document to be served on March 8, 2023, upon the following in the manner indicated.

| | |
|---|---|
| David A. Jenkins, Esquire<br>Neal C. Belgam, Esquire<br>Kelly A. Green, Esquire<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jonathan K. Waldrop, Esquire<br>Nefertiti J. Alexander, Esquire<br>Marcus A. Barber, Esquire<br>John W. Downing, Esquire<br>Heather S. Kim, Esquire<br>ThucMinh Nguyen, Esquire<br>Chen Jia, Esquire<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*
Jeremy A. Tigan

5354131

8