IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRUINJECT CORP., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| v. | ) | |
| | ) | |
| GALDERMA, S.A., GALDERMA | ) | C.A. 1:19-cv-00592-GBW |
| LABORATORIES, L.P., and | ) | |
| NESTLÉ SKIN HEALTH, INC., | ) | **PUBLIC VERSION** |
| | ) | |
| *Defendants*. | ) | |

**CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 5
OF NON-INFRINGEMENT OF U.S. PATENT NO. 10,290,232**

OF COUNSEL:

MUNCK WILSON MANDALA, LLP

Michael C. Wilson
Jenny L. Martinez
William A. Munck
Sarah J. Lopano
Chase A. Cobern
Charles T. Zerner
Tri T. Truong
12770 Coit Road, Suite 600
Dallas, Texas 75251
(972) 628-3600

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendants*

**Confidential Version Filed: March 8, 2023**
**Public Version Filed: March 16, 2023**

**TABLE OF CONTENTS**

TABLE OF CONTENTS ............................................................................................................. i

GLOSSARY ................................................................................................................................ ii

CITATIONS KEY ...................................................................................................................... ii

UNDISPUTED MATERIAL FACTS ........................................................................................ 1

I.   The '232 Patent ................................................................................................................ 1

II.  **Redacted** . ................................................................................................................ 1

III. Alleged Infringing Activities ........................................................................................... 1

i

## GLOSSARY

| | |
|---|---|
| Allergan | Pharmaceutical company that manufactures and markets aesthetic injectables, including BOTOX® |
| Clark Foster | Truinject consultant, 2013-2016, and 30(b)(6) witness; co-inventor of U.S. Patent Nos. 10,290,232 and 9,792,836 |
| David Crean | Allergan Sr. Director of Business Development, 2003-2010 |
| Defendants or Galderma | Defendants Galderma, S.A., Galderma Laboratories, L.P., and Nestlé Skin Health, Inc. (n/k/a SHDS, Inc.) |
| ENA | Exclusive Negotiation Agreement, effective November 5, 2014 |
| Gabrielle Rios | Truinject Founder and CEO, 2013-present, and 30(b)(6) witness |
| Holly | Defendants' accused product |
| Dr. John Rogers | Galderma's global Head of Medical Affairs based in Paris, France; responsible for Galderma's global training initiatives |
| Kate | Truinject's injection training device |
| Lynn Salo | Allergan VP of Facial Aesthetics Division, 2013-Oct. 2014; Truinject consultant and investor |
| Philippe Schaison | Allergan President of U.S. Aesthetics Division, 2013-2016 |
| Plaintiff or Truinject | Plaintiff Truinject Corp. |
| Saritasa | Software company Truinject hired to develop Kate's software in 2014, fired in 2016, and sued for breach and fraud in 2017 |
| Scott Royston | Truinject Chief Technology Officer, 2017-2018 |
| SHIELD (or SHIELD Center) | Education center and innovation hub focused on skin health |
| The Chamberlain Group | Vendor hired by Defendants to develop Holly |

## CITATIONS KEY

References to the Appendix in Support of Defendants' Motions for Partial Summary Judgment and *Daubert* Motions shall be in the form of "A[pg#]."

## Note

All quoted emphasis is added unless otherwise indicated.

## UNDISPUTED MATERIAL FACTS

### I. The '232 Patent

1. Redacted [1]

2. The '232 Patent issued during this lawsuit, on May 14, 2019.[2]

### II. Redacted.

3. Redacted [3]

4. The Chamberlain Group ("TCG"), the third-party vendor hired by Defendants to develop Holly, Redacted [4]

### III. Alleged Infringing Activities

5. Truinject designated Dr. Blake Hannaford to offer opinions regarding patent infringement.[5]

6. Redacted [6] Redacted [7]

---

[1] A2667 (¶11).

[2] *See generally* A3159-3199.

[3] *See* A1109(179:3-25); *see also* A1060(12:20-13:13).

[4] *See* A1346-1347(47:7-15, 47:21-24, 49:4-9, 49:21-50:5); A1351(67:10-17).

[5] *See* A2665(¶¶1, 3).

[6] A2674(¶36); A1212(72:23-73:5).

[7] A2676(¶39); A1212(70:11-16).

7. Dr. Blake Hannaford relied on four grounds to establish acts of infringement relating to the '232 Patent.[8]

8. First, Dr. Hannaford relied on Redacted [9]

9. Second, Dr. Hannaford relied on Redacted [10] Redacted [11]

10. At his deposition, when defense counsel posed the question Redacted Dr. Hannaford responded: Redacted [12]

11. Third, Dr. Hannaford relied on Redacted [13]

12. The document discusses Redacted [14] Redacted

---

[8] A2674-2677(¶¶36-40].

[9] A2674-2675(¶36); A2676-2677(¶40) (citing A1114).

[10] A2676-2677(¶40) (citing A2548-2550).

[11] See A2548-2550.

[12] A1220(103:7-11).

[13] A2674-2677(¶¶36, 38, 40) (citing A2552-2553).

[14] See A2552-2553.

2

Redacted [15] At his deposition, Redacted

Redacted [16]

13. Fourth, Dr. Hannaford asserts that Redacted

Redacted [17]

14. Dr. Hannaford admitted he has no evidence that Redacted [18]

15. Dr. Hannaford offers an opinion that "Redacted"[19] However, he cites no *evidence* of such activities.[20]

16. Dr. Hannaford acknowledges that Redacted [21]

17. There is no document or testimony showing that Redacted [22]

---

[15] *See* A2552-2553.

[16] *See* A1216(87:8-88:10); A1220(103:21-104:3).

[17] A2675-2676(¶38).

[18] *See* A1218(95:3-13, 95:21-24); A1219(98:19-99:3, 100:19-25).

[19] A1218(96:15-21).

[20] *See* A1218-1219(96:22-25, 97:5-99:3).

[21] *See* A1218-1219(97:5-98:16).

[22] *See* A1218(95:3-13, 95:21-24); A1219(98:19-99:3, 100:19-25).

| | |
|---|---|
| OF COUNSEL:<br><br>MUNCK WILSON MANDALA, LLP<br><br>Michael C. Wilson<br>Jenny L. Martinez<br>William A. Munck<br>Sarah J. Lopano<br>Chase A. Cobern<br>Charles T. Zerner<br>Tri T. Truong<br>12770 Coit Road, Suite 600<br>Dallas, Texas 75251<br>(972) 628-3600<br><br>Dated: March 8, 2023 | MORRIS, NICHOLS, ARSHT & TUNNELL, LLP<br><br>*/s/ Jeremy A. Tigan*<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that, on March 8, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused the foregoing document to be served on March 8, 2023, upon the following in the manner indicated.

| | |
|---|---|
| David A. Jenkins, Esquire<br>Neal C. Belgam, Esquire<br>Kelly A. Green, Esquire<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jonathan K. Waldrop, Esquire<br>Nefertiti J. Alexander, Esquire<br>Marcus A. Barber, Esquire<br>John W. Downing, Esquire<br>Heather S. Kim, Esquire<br>ThucMinh Nguyen, Esquire<br>Chen Jia, Esquire<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

                                                        /s/ *Jeremy A. Tigan*
                                                        Jeremy A. Tigan

5353680