IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRUINJECT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No: 19-592-GBW |
| | ) | |
| GALDERMA, S.A., GALDERMA | ) | |
| LABORATORIES, L.P., and SHDS, INC. | ) | PUBLIC VERSION FILED |
| (f/k/a NESTLÉ SKIN HEALTH, INC.), | ) | APRIL 11, 2023 |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 3 OF NON-INFRINGEMENT OF U.S. PATENT NO. 9,792,836**

*Of Counsel*:

Jonathan K. Waldrop
Marcus A. Barber
John W. Downing
Heather S. Kim
ThucMinh Nguyen
Chen Jia
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

Nefertiti J. Alexander
Carolina Diaz-Martinez
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York. NY 10019

SMITH, KATZENSTEIN & JENKINS LLP
David A. Jenkins (No. 932)
Kelly A. Green (No. 4095)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
daj@skjlaw.com
kgreen@skjlaw.com

*Attorneys for Plaintiff*
*Truinject Corporation*

## <u>TABLE OF CONTENTS</u>

I. Truinject's Kate Technology and U.S. Patent No. 9,792,836 ................................................... 1

    A. Truinject's "Kate" ................................................................................................. 1

    B. The '836 Patent Specification ............................................................................. 2

    C. Asserted Claims of the '836 Patent .................................................................... 5

II. Defendants' Holly ................................................................................................................. 6

III. Claim Construction ............................................................................................................... 8

Plaintiff Truinject Corporation ("Truinject") submits the following response to defendants' Concise Statements of Facts in support of its third motion for partial summary judgment on Truinject's claims for infringement of U.S. Patent No. 9,792,836 ("'836 Patent").

DEFENDANTS' UNDISPUTED MATERIAL FACTS

I.   TRUINJECT'S KATE TECHNOLOGY AND U.S. PATENT NO. 9,792,836

A.   Truinject's "Kate"



**TRUINJECT'S RESPONSE TO ALLEGED FACT 1:**

**Disputed.**



**A2896-97 (¶¶91-92.)**

---

[1] A795(35:12-16).
[2] A1251(23:18-24); A1252(26:7-9); A1253(31:22-32:4).
[3] A1253(32:10-32:23); A3487; A3489; A3490.

1

2. ██████████████████████████████████████████████████████
█████████████████████████████████████████████

**TRUINJECT'S RESPONSE TO ALLEGED FACT 2:**

**Disputed. Mr. Foster did not testify that** ████████████████████████████
████████████████████████████

3. ██████████████████████████████████████████████████████
███████████████████████████████████[5]

**TRUINJECT'S RESPONSE TO ALLEGED FACT 3:**

**Not in Dispute.**

4.   Various embodiments of the injection trainer and optical-based tracking system are described in the '836 Patent.[6]

**TRUINJECT'S RESPONSE TO ALLEGED FACT 4:**

**Disputed. The '836 Patent is not limited to optical-based tracking systems. "The apparatus also includes a three-dimensional (3D) tracking system positioned inside the base and configured to determine a location of a needle inserted into the clear layer of elastomer. In some implementations of the apparatus, a light is emitted from the needle tip." A3142(8:48-54).**

**B.   The '836 Patent Specification**

5.   The '836 Patent discloses an injection training apparatus that includes a camera or three-dimensional (3D) sensor(s) positioned inside the base of the device to detect light emitted from the tip of an inserted testing tool (e.g., a syringe needle).[7] The '836 Patent describes two embodiments: (1) a "camera" embodiment and (2) a "3D sensor" embodiment.[8]

---

[4] *See* A1255(39:17-40:10, 45:17-24, 46:9-13).
[5] *See* A1257(47:24-49:2); A1258(50:24-51:5); A1266(84:10-20); A1275(119:11-120:3); A1292(187:4-188:8).
[6] *See, e.g.,* A3146(16:6-23); A3153(30:3-7).
[7] *See generally* A3097(Abstract).
[8] A3100-31(Figs. 1-28); A3144-53(11:60-29:67); A3132-38(Figs. 29-35); A3153-56(30:1-35:17).

**TRUINJECT'S RESPONSE TO ALLEGED FACT 5:**

**Disputed. The '836 Patent discloses an injection training apparatus "that is hollow and within the cavity, a three-dimensional (3D) sensor. The 3D sensor may include a camera, array of light detectors or other sensor(s) capable of detecting a location of an object in three dimensions. The 3D sensor is configured to detect a position of a needle and/or to view the interior surface of the injection apparatus . . . A testing tool is also shown. The testing tool may be implemented as a syringe equipped with a light needle. The light emitted by the testing tool may be detected by the 3D sensor." A3153(30:48-50.)**

6.    In the camera embodiment, a camera positioned within the head captures visual indications of a user's injection using a needle that emits light.[9] "[T]he 3D coordinates of an injection can be determined based on position and intensity of the attenuated detected light received from the testing tool ..." as light passes through layers of skin on the head model.[10] Figure 4B below shows this embodiment:[11]



FIG. 4B

**TRUINJECT'S RESPONSE TO ALLEGED FACT 6:**

**Not in dispute.**

7.    The '836 Patent describes this embodiment as follows:

> In some embodiments, each separate layer of skin or muscle 410, 420, 430 may be of a different transparency, density or color. In some embodiments, the different intensity or colors can be viewed by the camera after the testing tool 110 is inserted into the simulated skin or

---

[9] A3140(4:52-56).
[10] A3151(26:58-63).
[11] A3106.

muscle. This can allow a camera 120 to send information to a processor 604 related to the location, pressure, angle, or depth of an injection. In other embodiments, the injectable muscle and skin layers may be of uniform density, consistency, or color. ***In some embodiments, the injectable muscle and skin layers 410, 420, 430 may be made of an elastomer. In an embodiment, the elastomer may simulate the elasticity of human skin and range from 5-35 on the durometer "A" scale.***[12]

## TRUINJECT'S RESPONSE TO ALLEGED FACT 7:

**Not in dispute.**

8.  The '836 Patent also describes a "3D sensor" embodiment that employs an optical "3D sensor" *and* a *clear* layer of elastomer to allow detection of light emitted from the syringe needle to determine the position of the needle.[13] Under an outer layer of "opaque rubber or other material that simulates skin and facial features of real patients,"[14] the device has "a layer of substantially clear rubber (and/or any suitable elastomer) which simulates the viscosity and feel of skin, muscle, nerve and bone tissue of a patient."[15] Both "[t]he opaque skin and clear underlay may be pierce-able by a needle."[16] The clear layer may consist of an elastomer material with a "range from 5-35 on the durometer 'A' scale" which simulates the "viscosity," "elasticity," and "look and feel" of human skin or muscle.[17] The 3D sensor detects light from the needle tip and tracks the needle tip inserted (through the opaque layer) into the clear layer.[18] Figure 33 demonstrates this embodiment:[19]

---

[12] A3146(16:6-23).
[13] A3153-56(30:1-35:17); A3132-38 (Figs. 29-35). Each of the examples discussed in reference to Figures 29-35 are directed to an apparatus that includes an optical "3D sensor" (e.g., Figure 29, 3D sensor 2902; Figure 31, 3D injection detection sensor 3100; Figure 32, stereoscopic sensor pair 3202, 3204; Figure 22, 3D sensor 3304).
[14] A3153(30:23-27).
[15] A3153(30:27-30).
[16] A3153(30:30-31).
[17] *See* A3140(3:57-59, 3:67-4:2); A3146(16:15-18); A3147(18:58-60); A3153(30:27-30).
[18] *See* A3153(30:54-59); A3155(34:24-28).
[19] A3136.



*FIG. 33*

In both embodiments, the injectable muscle and skin layers serve two purposes—to physically simulate elasticity of human tissue and to allow light emitted from the needle tip to be detected by the camera or sensor.[20]

**TRUINJECT'S RESPONSE TO ALLEGED FACT 8:**

**Not in dispute.**

      C.    Asserted Claims of the '836 Patent

      9.    Truinject asserts that Defendants' accused Holly System ("Holly") infringes claims 1, 9, and 16 ("Asserted Claims") of the '836 Patent.[21]

**TRUINJECT'S RESPONSE TO ALLEGED FACT 9:**

**Not in dispute.**

      10.    Claim 1 of the '836 Patent states:

> 1. An anatomically shaped injection training apparatus comprising:
> an at least partially hollow base configured to provide structural support;
> a clear layer of elastomer coating at least partially covering a base layer;
> an opaque layer at least partially covering the clear layer, wherein the base, clear layer, and opaque layer form an anatomical shape; and a three-dimensional (3D) tracking system positioned inside the base and configured to determine a location of a needle inserted into the clear layer of elastomer.[22]

**TRUINJECT'S RESPONSE TO ALLEGED FACT 10:**

**Not in dispute.**

---

[20] *See* A3146(16:6-23); A3144(12:13-39); A1295(199:11-18, 201:8-13, 201:25); A1296(202:6).
[21] A2667-68(¶17).
[22] A3156(36:51-63).

## II.   DEFENDANTS' HOLLY

11.


### TRUINJECT'S RESPONSE TO ALLEGED FACT 11:

Disputed.

12.


### TRUINJECT'S RESPONSE TO ALLEGED FACT 12:

Disputed.



13.

---

[23] A1363(115:25-117:12); A1370(145:3-9).
[24] A1363(116:5-8); A1368(134:6-8); A1370(142:4-8); A1374(160:10-15); A1403-04(277:22-278:9); A1418(220:5-23); A1255(39:17-40:1); A1257(47:24-48:17); A3501-3506(A3505).
[25] *See* A1991(¶246); *see also* A1367-68(133:16-134:8); A1394(238:2-8).
[26] *See* A2019(¶328); *see also* A1374(159:7-9, 13-15).
[27] *See* A1295(199:11-13) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; *see also* A1415-16(129:20-130:12); A1417(142:19-25); A1418(220:5-15).
[28] *See* A1413(119:23-24), A1414(123:21-124:11); A1415-16(129:20-130:12); A1369(138:6-25).
[29] A2555; A2386; A2384.
[30] See A1209-10(59:5-62:13); A1416(131:8-12, 131:25-132:3).
[31] See A1209(60:22-61:4); A1210(62:10-13); A1416(131:3-7); A1809(¶11 n.3); A1824-25(¶57).





**TRUINJECT'S RESPONSE TO ALLEGED FACT 13:**

**Disputed. Defendants have not presented competent evidence in support of this assertion.** ▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮  **Ms. Chamberlain is not a technical expert and was not involved in**

**the design or development of Holly.  (Exhibit 2).**

14. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

**TRUINJECT'S RESPONSE TO ALLEGED FACT 14:**

**Disputed.** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

---

[32] See A1821-23(¶¶49-51); A1203(35:16-24); A1208(55:10-13); see also A1290(179:1-10, 180:17-181:5); A1291(182:9-15, 182:19-183:1, 183:17-184:17); A1414(123:21-124:11).

[33] See, e.g., A1415(129:4-15); A1415-16(129:20-130:12, 130:18-19); A1822-23(¶¶50-51); A1824(¶55); A1203(35:20-36:11); A1205(44:3-10); A1208(55:10-13); A1211(67:24-68:3); see also A1374(159:2-4); A1097(130:22-24, 131:25-132:9).

**TRUINJECT'S RESPONSE TO ALLEGED FACT 15:**

**Disputed.** ███████████████████████████████████████████

████████████████████████████████████████████████████████

███████████

III.   CLAIM CONSTRUCTION

16.   In this Court's June 18, 2020, Report and Recommendation on Claim Construction ("R&R"), the Court adopted the following agreed claim constructions:[34]

| Term | Court's Construction |
|---|---|
| "[clear layer of] elastomer coating"<br>"[clear layer of] elastomer"<br><br>('836 Patent, Claim 1) | "a clear layer of elastic material that simulates skin or muscle" |
| "a three-dimensional (3D) tracking system positioned inside the base and configured to determine a location of a needle inserted into the clear layer"<br><br>('836 Patent, Claim 1) | "a tracking system contained inside the base that tracks the location in three dimensions of the needle inserted into the clear layer" |

**TRUINJECT'S RESPONSE TO ALLEGED FACT 16:**

**Not in dispute.**

---

[34] See D.I. 224 at 1-2.