# Exhibits CC-MM

# Redacted in their entirety